UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KENNETH POLMAN, | ) |
| Plaintiff, | ) 3:05-cv-00504-LRH-VPC |
| vs. | ) ORDER |
| DEPUTY MARTINO, et al., | ) |
| Defendants. | ) |

Before this court is Plaintiff's Objection to Magistrate Decision of May 7, 2007 (Doc. #45). The court has considered the Minutes of Proceedings (Doc. #43) of United States Magistrate Valerie P. Cooke entered on May 7, 2007, the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636(b)(1)(A) and Local Rule 1B 3-1(a) of the Rules of Practice of the United States District Court for the District of Nevada.

It appearing to the court that the Magistrate's order is neither erroneous nor contrary to law, and good cause appearing, the court determines that the Magistrate's order (#43) entered on May 7, 2007, is SUSTAINED.

IT IS SO ORDERED.

DATED this 6th day of July, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE