UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

KENNETH POLMAN, )
)   3:05-cv-00504-LRH-VPC
           Plaintiff, )
)   MINUTE ORDER
vs. )
)   June 10, 2008
DEPUTY MARTINO, et al., )
)
           Defendants. )
)

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):    NONE APPEARING

COUNSEL FOR DEFENDANT(S):    NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    On February 27, 2008, the court entered an Order (#90[1]) directing the putative Plaintiff, Kenneth John Polman, to obtain an appropriate order by the Nevada state court to legally qualify himself as the executor of the estate of Kenneth Polman and directed him to accomplish such qualified appointment within sixty (60) days of that Order (#90) in order for this court to entertain an appropriate motion for substitution of the estate of Kenneth Polman as Plaintiff in this action.  The sixty (60) day period has lapsed and neither an extension of time has been requested nor has any legal authority or evidence been presented to the court to show that Kenneth John Polman is a legally qualified successor party in interest to pursue Plaintiff Kenneth Polman's lawsuit in this action,

    IT THEREFORE IS ORDERED that this action is hereby DISMISSED without prejudice for failure to comply with this court's Order (#90) pursuant to Fed. R. Civ. P.  25(a).  The Clerk of Court shall enter final judgment accordingly.

    IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                                          By:    /s/
                                                 Deputy Clerk

---

[1] Refers to the court's docket number.